1462

# CASE ANNOUNCEMENTS

*December 28, 2007*

[Cite as *12/28/2007 Case Announcements*, 2007-Ohio-7019.]

## MOTION AND PROCEDURAL RULINGS

**2007–2417. State v. Harris.**
Cuyahoga App. No. 90618. This case was filed by appellant as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1). However, upon review it is determined that this case originated in the court of common pleas and should proceed as a discretionary appeal.

It is ordered that appellant shall file a memorandum in support of jurisdiction pursuant to S.Ct.Prac.R. III no later than January 10, 2008.

# CASE ANNOUNCEMENTS

*January 3, 2008*

[Cite as *01/03/2008 Case Announcements*, 2008-Ohio-3.]

## MOTION AND PROCEDURAL RULINGS

**2007–0924. Sylvania Church of God v. Levin.**
Board of Tax Appeals, No. 2006–B–48. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for rehearing,

It is ordered by the court that the motion is denied as moot in light of the notice of oral argument filed on December 21, 2007. Pursuant to said notice, oral argument shall be held before a master commissioner on February 13, 2008.

**2007–2158. State ex rel. Oko v. McDonnell.**
Cuyahoga App. No. 90119, 2007-Ohio-5331. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion for a supplemental transcript,

It is ordered by the court that the motion is denied.